ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUN 03 2014

at ____ o'clock and ___ min.
SUE BEITIA, CLERK

FLORENCE T. NAKAKUNI #2286
United States Attorney
District of Hawaii

JACK R. HATFIELD, II.
Special Assistant U.S. Attorney
PJKK Federal Bldg, Room 6-100
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
Email:  jack.hatfield@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. **CR 14-00564** |
| ) | |
| Plaintiff, ) | |
| ) | INFORMATION |
| vs. ) | 18 U.S.C. § 13; |
| ) | H.R.S. §§ 286-132, 286-136 |
| JAMES O'MALLEY, ) | |
| ) | Citation No.: 4299907/H-18 |
| Defendant. ) | |
| ) | A & P Date: 10 Jun 14 |

INFORMATION

The United States Attorney charges that:

On or about April 24, 2014, on Helemano Military Reservation, Hawaii, a place within the special maritime and territorial jurisdiction of the United States, in the District of Hawaii, JAMES O'MALLEY, defendant herein, unlawfully operated a motor vehicle upon a public street, road, or highway with a canceled, suspended, or revoked driver's license.

All in violation of Hawaii Revised Statutes 286-132 and 286-136, a federal offense pursuant to Title 18 United States Code, Section 13.

DATED:    June 2, 2014          , Honolulu, Hawaii.

> FLORENCE T. NAKAKUNI
> United States Attorney
> District of Hawaii
>
> By _____
>    JACK R. HATFIELD, II.
>    Special Assistant U.S. Attorney
>
> Attorneys for Plaintiff
> UNITED STATES OF AMERICA

U.S. v. JAMES O'MALLEY
CR. NO.
Citation No. 4299907/H-18
"INFORMATION"